IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MUSCOGEE (CREEK) NATION,<br>a federally recognized Indian tribe,<br><br>           Plaintiff,<br><br>v.<br><br>TULSA COUNTY, OKLAHOMA;<br>STEVE KUNZWEILER, in his official<br>capacity as District Attorney for the<br>Fourteenth Prosecutorial District of<br>Oklahoma; and VIC REGALADO, in his<br>official capacity as Tulsa County Sheriff,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-CV-75-GKF-JFJ |

## ORDER

This matter comes before the court on the Motions for Extension of Time to Respond to Plaintiff's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction of defendants Steve Kunzweiler [Doc. 24] and Vic Regalado [Doc. 30]. For the reasons stated below, the motions are granted in part and denied in part.

Defendants Kunzweiler and Regalado have filed substantively identical motions wherein they request (1) an extension to March 28, 2025 to file a responsive pleading to Plaintiff's Complaint and (2) and extension of time to thirty (30) days after a ruling on an anticipated motion to dismiss to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The current deadlines for both Movants are March 7, 2025 to file a responsive pleading and March 6, 2025 to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Movants are hereby granted a thirty-day extension to each deadline. The new deadline for filing a responsive pleading is April 7, 2025. The new deadline for filing a

response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is April 8, 2025.

WHEREFORE, the Motions for Extension of Time to Respond to Plaintiff Muscogee (Creek) Nation's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction of defendants Steve Kunzweiler [Doc. 24] and Vic Regalado [Doc. 30] are granted in part and denied in part. The deadline to file a responsive pleading to Plaintiff's Complaint is extended thirty (30) days to April 7, 2025. The deadline to file a response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is extended thirty (30) days to April 8, 2025.

IT IS SO ORDERED this 6th day of March, 2025.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma