IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEVE KUNZWEILER, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma; and<br>VIC REGALADO, in his official capacity as Tulsa County Sheriff,<br><br>　　　　　　Defendants. | Case No. 25-cv-75-GKF-JFJ |

**ORDER GRANTING MUSCOGEE (CREEK) NATION'S
CONSENT MOTION TO RESET SCHEDULING CONFERENCE DATE**

Before the Court is Plaintiff Muscogee (Creek) Nation's Consent Motion to Reset Scheduling Conference Date [Dkt. 55]. Plaintiff represents that Defendants do not object to requested relief. Upon consideration of Plaintiff's Motion, it is hereby

ORDERED that Plaintiff's Motion is granted; and it is further ORDERED that the Scheduling Conference be reset for Monday, May 5, 2025 at 1:30 PM.

DATED this 24th day of April, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GREGORY K. FRIZZELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE