UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| Muscogee (Creek) Nation, | | Case No.: | 25-cv-075-GKF-JFJ |
| vs. | Plaintiff, | Proceeding:<br>Date:<br>Time: | Scheduling Conference<br>5/5/2025<br>1:32 p.m. to 2:00 p.m. |
| Steven Kunzweiler, et al., | Defendants. | **MINUTE SHEET** | |

Gregory K. Frizzell, U.S. District Judge     K. Perkins, Deputy Clerk     Brian Neil, Reporter

| | |
|---|---|
| Counsel for Plaintiff: | Riyaz Kanji, Olin Joseph Williams, Philip Tinker, Stephanie Rush, Geri Wisner |
| Counsel for Defendant Kunzweiler: | Trevor Pemberton, Phillip Whaley |
| Counsel for Defendant Regalado: | Keith Wilkes |

Minutes: Case called for hearing with counsel present. Counsel heard on whether the court ought to rule on the Motions to Dismiss prior to the Motion for Preliminary Injunction. Upon ruling on the Motions to Dismiss, the court will contact counsel (by phone) to schedule an evidentiary hearing on the Motion for Preliminary Injunction.