FILED
United States Court of Appeals
Tenth Circuit

May 23, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STEVE KUNZWEILER, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma; VIC REGALADO, in his official capacity as Tulsa County Sheriff, <br><br> Defendants - Appellees. | No. 25-5062 <br> (D.C. No. 4:25-CV-00075-GKF-JFJ) <br> (N.D. Okla.) |

-----------------------------

| | |
|---|---|
| JIMMY GLENN HENDRIX, <br><br> Movant - Appellant. | |

_____

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STEVE KUNZWEILER, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma; VIC REGALADO, in his official capacity as Tulsa County Sheriff, <br><br> Defendants - Appellees. | No. 25-5064 <br> (D.C. No. 4:25-CV-00075-GKF-JFJ) <br> (N.D. Okla.) |

-------------------------------

CHARLES C. TIGER,

   Movant - Appellant.

_____

**ORDER**

_____

This matter is before the court on Appellants' *Motions to Dismiss*. Upon consideration, the motions are granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b). Appeal Nos. 25-5062 and 25-5064 are dismissed.

A copy of this order shall stand as and for the mandate of the court.

                       Entered for the Court

                       CHRISTOPHER M. WOLPERT, Clerk

Case 4:25-cv-00075-GKF-JFJ   Document 69 Filed in USDC ND/OK on 05/23/25   Page 2 of 4
Appellate Case: 25-5062   Document: 23   Date Filed: 05/23/2025   Page: 2

2

## Cara Becker

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, May 23, 2025 2:39 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5062 Muscogee (Creek) Nation, et al v. Kunzweiler, et al "Case termination without a panel" (4:25-CV-00075-GKF-JFJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/23/2025 at 1:37:51 PM Mountain Daylight Time and filed on 05/23/2025

| | |
|---|---|
| **Case Name:** | Muscogee (Creek) Nation, et al v. Kunzweiler, et al |
| **Case Number:** | 25-5062 |
| **Document(s):** | Docket Entry #23 |

**Docket Text:**
[11184171] Frap 42. Procedural termination without judicial action. Clerk of the Court. [25-5062, 25-5064]

**Notice will be electronically mailed to:**

Mr. David Angelo Giampetroni: dgiampetroni@kanjikatzen.com, arios@kanjikatzen.com, twalrod@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Riyaz A. Kanji: rkanji@kanjikatzen.com, twalrod@kanjikatzen.com, cwendt@kanjikatzen.com, arios@kanjikatzen.com
Mr. Grant M. Lucky: glucky@ryanwhaley.com, jmickle@ryanwhaley.com
Mr. Patrick R. Pearce, Jr.: rpearce@ryanwhaley.com, mkeplinger@ryanwhaley.com, jmickle@ryanwhaley.com, hcook@ryanwhaley.com
Mr. Trevor Scott Pemberton: trevor@pembertonlawgroup.com
Mr. Johnathan L. Rogers: jrogers@hallestill.com, klivingston@hallestill.com, bstoltzfus@hallestill.com
Ms. Stephanie Rush: vrush@kanjikatzen.com
Mr. Philip H. Tinker: ptinker@kanjikatzen.com, twalrod@kanjikatzen.com, lbraun@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Phillip G. Whaley: pwhaley@ryanwhaley.com, jmickle@ryanwhaley.com

Mr. Keith A. Wilkes: kwilkes@hallestill.com, bhall@hallestill.com
Mr. Olin Joseph Williams: jwilliams@williamslaw-pllc.com, lawyer_warrior@yahoo.com
Ms. Geri Wisner: gwisner@mcnag.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Mr. Jimmy Glenn Hendrix
# 275380
James Crabtree Correctional Center
216 North Murray Street
Helena, OK 73741-1017

Charles C. Tiger
#276550
James Crabtree Correctional Center
216 North Murray Street
Helena, OK 73741-1017

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 25-5062_ORDER.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=05/23/2025] [FileNumber=11184171-0]
[44135b57ce4d05620a07c50c5a32c7e5fa9a01e500bad826555dcb10838d92ebf585ecfc01fa5cdd011e3
3e815a90cee5d95267c6eeac4c4ca72b03a3900745a]]