UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 23, 2025

Ms. Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

Mr. David Angelo Giampetroni
Mr. Riyaz A. Kanji
Ms. Stephanie Rush
Kanji & Katzen
P.O. Box 3971
Ann Arbor, MI 48106

Mr. Jimmy Glenn Hendrix #275380
James Crabtree Correctional Center
216 North Murray Street
Helena, OK 73741-1017

Mr. Grant M. Lucky
Mr. Patrick R. Pearce Jr.
Mr. Phillip G. Whaley
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104

Mr. Trevor Scott Pemberton
Pemberton Law Group
600 North Robinson Avenue
Suite 308
Oklahoma City, OK 73102

Mr. Johnathan L. Rogers
Mr. Keith A. Wilkes
Hall Estill
Litigation
521 East 2nd Street, Suite 1200
Tulsa, OK 74120

Mr. Charles C. Tiger #276550
James Crabtree Correctional Center

216 North Murray Street
Helena, OK 73741-1017

Mr. Philip H. Tinker
Kanji & Katzen, PLLC
811 1st Avenue Suite 630
Seattle, WA 98104

Mr. Olin Joseph Williams
Pitchlynn & Williams, PLLC
124 East Main Street
P.O. Box 427
Norman, OK 73069

Ms. Geri Wisner
Muscogee (Creek) Nation Attorney General
P.O. Box 580
Okmulgee, OK 74447-0000

**RE:**  **25-5062, 25-5064, Muscogee (Creek) Nation, et al v. Kunzweiler, et al.**
Dist/Ag docket: 4:25-CV-00075-GKF-JFJ

Dear Counsel, Clerk and Appellants:

Please be advised that the court issued an order today dismissing these cases.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/djd

## Cara Becker

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, May 23, 2025 2:49 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5062 Muscogee (Creek) Nation, et al v. Kunzweiler, et al "Mandate issued" (4:25-CV-00075-GKF-JFJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/23/2025 at 1:39:28 PM Mountain Daylight Time and filed on 05/23/2025

| | |
|---|---|
| **Case Name:** | Muscogee (Creek) Nation, et al v. Kunzweiler, et al |
| **Case Number:** | [25-5062](#) |
| **Document(s):** | [Docket Entry #24](#) |

**Docket Text:**
[11184172] Mandate issued. [25-5062, 25-5064]

**Notice will be electronically mailed to:**

Heidi D. Campbell, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. David Angelo Giampetroni: dgiampetroni@kanjikatzen.com, arios@kanjikatzen.com, twalrod@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Riyaz A. Kanji: rkanji@kanjikatzen.com, twalrod@kanjikatzen.com, cwendt@kanjikatzen.com, arios@kanjikatzen.com
Mr. Grant M. Lucky: glucky@ryanwhaley.com, jmickle@ryanwhaley.com
Mr. Patrick R. Pearce, Jr.: rpearce@ryanwhaley.com, mkeplinger@ryanwhaley.com, jmickle@ryanwhaley.com, hcook@ryanwhaley.com
Mr. Trevor Scott Pemberton: trevor@pembertonlawgroup.com
Mr. Johnathan L. Rogers: jrogers@hallestill.com, klivingston@hallestill.com, bstoltzfus@hallestill.com
Ms. Stephanie Rush: vrush@kanjikatzen.com
Mr. Philip H. Tinker: ptinker@kanjikatzen.com, twalrod@kanjikatzen.com, lbraun@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Phillip G. Whaley: pwhaley@ryanwhaley.com, jmickle@ryanwhaley.com

Mr. Keith A. Wilkes: kwilkes@hallestill.com, bhall@hallestill.com
Mr. Olin Joseph Williams: jwilliams@williamslaw-pllc.com, lawyer_warrior@yahoo.com
Ms. Geri Wisner: gwisner@mcnag.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Mr. Jimmy Glenn Hendrix
# 275380
James Crabtree Correctional Center
216 North Murray Street
Helena, OK 73741-1017

Charles C. Tiger
#276550
James Crabtree Correctional Center
216 North Murray Street
Helena, OK 73741-1017

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/255062_11184172_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=05/23/2025] [FileNumber=11184172-0]
[aec97ddf5fcc5e8b4b0b246b63e57e6670952946913438f4950004f7a8fc38950e62b7e462c2bfc9b1f5a14fd295fa3b47e64f0b2b70ae87922aa494ce73413f]]
**Recipients:**

- Heidi D. Campbell, Clerk of Court (oclk)
- Mr. David Angelo Giampetroni
- Mr. Jimmy Glenn Hendrix
- Mr. Riyaz A. Kanji
- Mr. Grant M. Lucky
- Mr. Patrick R. Pearce, Jr.
- Mr. Trevor Scott Pemberton
- Mr. Johnathan L. Rogers
- Ms. Stephanie Rush
- Charles C. Tiger
- Mr. Philip H. Tinker
- Mr. Phillip G. Whaley
- Mr. Keith A. Wilkes
- Mr. Olin Joseph Williams
- Ms. Geri Wisner