## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

STEVE KUNZWEILER, in his official
capacity as District Attorney for the
Fourteenth Prosecutorial District of
Oklahoma,

*Defendant*.

Case No. 25-cv-75-GKF-JFJ

## JOINT STATUS REPORT OF THE MUSCOGEE (CREEK) NATION AND DISTRICT ATTORNEY STEVE KUNZWEILER

Pursuant to LCvR16.1 and this Court's December 2, 2025 Order for Joint Status Report (Dkt. 88), the Muscogee (Creek) Nation and District Attorney Steve Kunzweiler hereby advise the Court as follows:

1)    On October 9, 2025, this Court held an evidentiary hearing on the Nation's Motion for Preliminary Injunction (Dkt. 4). Both parties presented evidence in support of their respective positions regarding the Nation's Motion and rested at the conclusion of their presentations. Minute Sheet (Dkt. 85).

2)    The Court issued its ruling on November 7, 2025, denying the Nation's Motion for Preliminary Injunction. Op. and Order (Dkt. 87).

3)    The Parties, having reviewed the Court's Opinion and Order, agree that the Court's ruling decides the controlling issue in this case. *See* Dkt. 88 ("[I]n the event the parties agree that the Court's ruling on plaintiff's motion for preliminary injunction decided the controlling issue in

this case, the parties shall advise the court so that it may enter a final judgment."). The Parties

accordingly request that the Court enter final judgment in this matter.

4)    The Nation reserves the right to appeal any final judgment of the Court, including any

"interlocutory orders that merge into the final judgment," *Edmonds-Radford v. Sw. Airlines Co.*,

17 F.4th 975, 985 (10th Cir. 2021) (quoting *AdvantEdge Bus. Grp., L.L.C. v. Thomas E.*

*Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1237 (10th Cir. 2009)).

Dated: December 29, 2025

*/s/ Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

Trevor S. Pemberton, OBA #22271
PEMBERTON LAW GROUP PLLC
600 North Robinson Avenue, Suite 323
Oklahoma City, OK 73102
P: (405) 501-5054
trevor@pembertonlawgroup.com

*Counsel for Defendant*
*Steve Kunzweiler*

Respectfully submitted,

*/s/ Riyaz A. Kanji*
Riyaz A. Kanji
David A. Giampetroni
Joshua C. Handelsman
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com
jhandelsman@kanjikatzen.com

Philip H. Tinker, OBA No. 36498
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Geraldine Wisner, OBA No. 20128
Deputy Attorney General
MUSCOGEE (CREEK) NATION
P.O. Box 580
Okmulgee, OK 74447
(918) 295-9720
gwisner@mcnag.com

O. Joseph Williams, OBA No. 19256
O. JOSEPH WILLIAMS LAW OFFICE, PLLC
The McCulloch Building
114 N. Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, OK 74447
(918) 752-0020
jwilliams@williamslaw-pllc.com

*Counsel for Muscogee (Creek) Nation*

**CERTIFICATE OF SERVICE**

I certify that on December 29, 2025, this document was served on all parties or their

counsel of record through the CM/ECF system if they are registered users or, if they are not, by

placing a true and correct copy in the United States mail, postage prepaid, to their address of

record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji