IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, </br></br>        **Plaintiff,** </br></br>v. </br></br>The Board of County Commissioners of the County of Tulsa; STEVE KUNZWEILER, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma; and VIC REGALADO, in his official capacity as Tulsa County Sheriff, </br></br>        **Defendants.** | Case No. 25-CV-75-GKF-JFJ |

## **JUDGMENT**

In their Joint Status Report filed December 29, 2025, [Doc. 89], plaintiff Muscogee (Creek) Nation and defendant Steve Kunzweiler, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma, (1) advise the court that the Opinion and Order [Doc. 87] denying plaintiff's Motion for Preliminary Injunction decided the controlling issue in this case and (2) request that the court enter final judgment in this matter.

It is therefore ORDERED, ADJUDGED, AND DECREED that plaintiff Muscogee (Creek) Nation, a federally recognized Indian tribe, take nothing, that this matter be dismissed on the merits, and that judgment is hereby entered in favor of defendant Steve Kunzweiler, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma.

It is further ORDERED, ADJUDGED, AND DECREED that pursuant to the court's orders [Doc. 53; Doc. 75] dismissing defendants Board of County Commissioners of the County of Tulsa, and Vic Regalado, in his official capacity as Tulsa County Sheriff, as parties to this action, plaintiff

Muscogee (Creek) Nation take nothing and the claims against defendants Tulsa County and Sheriff Regalado are dismissed.

ENTERED this 30th day of December, 2025.

Gregory K. Frizzell
United States District Judge